CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ANDREA JACOBS (Bar No. 236892)
(E-Mail: andrea_jacobs@fd.org)
LILLIAN CHU (Bar No. 279095)
(E-mail: Lillian_Chu@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
EDDY REYES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SACR 21-75-JLS |
| Plaintiff, | |
| v. | **EXHIBITS IN SUPPORT OF DEFENDANT REYES'S BAIL RECONSIDERATION** |
| EDDY REYES, | **Hearing Date: March 15, 2022** |
| Defendant. | **Hearing Time: 11:00 a.m.** |

Mr. Reyes respectfully submits the following additional exhibits in support of his motion for bail reconsideration. Exhibit E contains audio files and will be provided to the Clerk of the Court.

1. Exhibit D: Two Certificates of Completion for courses taken at the Santa Ana City Jail and a Good Conduct Letter.

2. Exhibit E: One Complete Audio Recording and Two Separated Clips from April 12, 2016 Incident Confirming that Claudia Reyes Made False Allegations Against Eddy Reyes.

3. <u>Exhibit F</u>: April 12, 2016 Police Report Regarding Incident when Claudia Reyes Made False Allegations Against Eddy Reyes.

4. <u>Exhibit G</u>: Orange County District Attorney's Office Dismissal of April 12, 2016 Restraining Order Violation Against Eddy Reyes.

5. <u>Exhibit H</u>: August 26, 2014 Police Report Made By Claudia Reyes Not Alleging Sexual Assault.

6. <u>Exhibit I</u>: Transcript from August 10, 2014 Video Recorded Conversation Where Claudia Reyes Admits Eddy Reyes Never Raped Her.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  March 14, 2022          By

ANDREA JACOBS
LILLIAN CHU
Deputy Federal Public Defender

2

# EXHIBIT "D"



SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

*Certificate of Completion*

This is to certify that

*Eddy Reyes*

*Successfully Completed 12 Classes of*

*Attitudes for Success: Substance Use & Anger Management*

Luis Martinez, Instructor

*February 17, 2022*
Date



SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

*Certificate of Completion*

This is to certify that

*Eddy Reyes*

Successfully Completed 12 Classes of

*Attitudes for Success: Substance Use, Addiction @ the Brain @ Treatment*

February 17, 2022
Date

Luis Martinez, Instructor

MAYOR
  Vicente Sarmiento
MAYOR PRO TEM
  David Penaloza
COUNCILMEMBERS
  Phil Bacerra
  Johnathan Ryan Hernandez
  Jessie Lopez
  Nelida Mendoza
  Thai Viet Phan



CITY MANAGER
Kristine Ridge
CITY ATTORNEY
Sonia R. Carvalho
CLERK OF THE COUNCIL
Daisy Gomez

# CITY OF SANTA ANA

### POLICE DEPARTMENT
60 Civic Center Plaza • P.O. Box 1981
Santa Ana, California 92702
www.santa-ana.org/pd

March 1, 2022

This conduct letter is in reference to Eddy Reyes. Inmate Reyes arrived at the Santa Ana Jail on April 15, 2021. He has not received any discipline for either minor or major rule violations during this period. The correction staff has described him as a "good inmate."

Sincerely,
DAVID VALENTIN
Chief of Police

JAIME MANRIQUEZ
Correctional Manager
Santa Ana Police Department

ep

SANTA ANA CITY COUNCIL

Vicente Sarmiento    David Penaloza    Thai Viet Phan    Jessie Lopez    Phil Bacerra    Johnathan Ryan Hernandez    Nelida Mendoza
Mayor    Mayor Pro Tem, Ward 2    Ward 1    Ward 3    Ward 4    Ward 5    Ward 6
vsarmiento@santa-ana.org    dpenaloza@santa-ana.org    tphan@santa-ana.org    jessielopez@santa-ana.org    pbacerra@santa-ana.org    jryanhernandez@santa-ana.org    nmendoza@santa-ana.org

# EXHIBIT "E"



# EXHIBIT "F"

**CONFIDENTIAL INFORMATION - CONTENTS SUBJECT TO PROTECTIVE ORDER**

Santa Ana PD 2016-09678: Crime-Suspect Report by #3412                    Page 1 of 3



| **Santa Ana Police Department** 60 Civic Center Plaza -- Santa Ana, CA 92701 | **Case No.** **2016-09678**   |
|---|---|
| **Crime-Suspect Report** | |

| Case Type: | CONTEMPT OF COURT ORDER |
|---|---|
| Prepared by: | Ofc. K. Gray #3412 Section: Patrol Watch 3/NE |
| Date prepared: | 04/12/2016   06:15 hours |

Reviewed by: _____   Date/Time: _____    (Rev. 0.60)

Records Distribution:  Review: _____  Total Copies: ____  By: _____  Date: _____

| | | | | |
|---|---|---|---|---|
| ☐ Animal Control | ☐ Court Liaison | ☐ Orangewood | ☐ Traffic | ☐ Trackers |
| ☐ District Inv. | ☐ CAP | ☐ Evidence | ☐ Vice | ☐ Sex Crimes |
| ☐ Domestic Violence | ☐ Crime Prevention | ☐ Narcotics | ☐ Child Abuse | ☐ Graffiti |
| ☐ Career Criminal Unit | ☐ Crime Analysis | ☐ Gangs | ☐ Fax/Name _____ | |
| ☐ Juvenile Hall | ☐ Stats | ☐ Rap | ☐ Other _____ | |
| #550000000000331266 | ☐ Other _____ | | ☐ Other _____ | |

### Incident Activity Summary:

| Special Attention: | |
|---|---|
| Offense: | **PC 273.6 (a)** - Violate Court Order to Prevent Domestic Violence |
| Incident Date/Time: | Occurred:  04/11/2016 23:30 to 04/12/2016 01:37 Reported:  04/12/2016 01:37 |

**Location Occurred:**  2015 N. Bush Street #107, Santa Ana, CA 92706-0000
Grid: **163**  Dist.: **2**

| **Factual Synopsis:** | Suspect violated court stay away order. |
|---|---|

| **Person:** | **CLAUDIA Lisseth Sanchez REYES** |
|---|---|
| Involvement: | **Reporting Party** |
| Gender/Race: | Female / Hispanic |
| DOBs: | 06/06/1994 |
| Identification: | State Identification: Y2844567 (CA) |
| Address: Grid: **163**  Dist.: **2** | Location association: Resides 2015 N. Bush Street #107, Santa Ana, CA 92706-0000 |
| Contact Info: | Cellular: (714) 4208514 |
| Interpreter needed: | Spanish |
| Description: | 5'02" tall, 158 lbs., brown hair, brown eyes, |

| **Person:** | **EDDY REYES** |
|---|---|
| Involvement: | **Suspect** |

REYES_00000040

**CONFIDENTIAL INFORMATION - CONTENTS SUBJECT TO PROTECTIVE ORDER**

Santa Ana PD 2016-09678: Crime-Suspect Report by #3412                     Page 2 of 3

| | |
|---|---|
| **Gender/Race/Ethnicity:** | Male / Hispanic / Hispanic |
| **DOBs:** | 10/10/1985 |
| **Identification:** | Driver License: B3275624 (CA) |
| **Address:** | Location association: Resides<br>835 Park Vine Street, Orange, CA |
| **Contact Info:** | Cellular: (714) 420-6357 |
| **Description:** | Hispanic, 5'06" tall, 180 lbs., black hair, brown eyes, |

## Narrative:

On 04-12-2016, at about 0143 hours I was dispatched to 2015 North Bush in the City of Santa Ana, County of Orange in reference to a restraining order violation.

Officer Pace is a certified Spanish speaker for the City of Santa Ana and assisted me with translating what Claudia Reyes told me.

Upon arriving, I contacted Claudia Reyes who said the following:

Claudia said she has a restraining order against her husband, Eddy Reyes. At 0130 hours on 04-12-2016, Eddy came to Claudia's house, opened the door with the key that he owns and forced his way inside the residence. Claudia said Eddy pulled down his pants and she began recording the incident. Claudia told Eddy that he needed to leave, so he pulled his pants up and left the residence. Claudia said her and Eddy did not have sex.

After Officer Pace, questioned Claudia about what took place, she recanted her initial statement. She said Eddy and her had consensual sex inside her residence. She said she never called Eddy

End of statement.

I attempted to contact Eddy via Claudia's cellphone. Claudia's phone number was blocked from Eddy's phone.

I spoke with Eddy via the telephone and he told me the following:

Eddy said he came over to his wife's residence knowing he had a court order to stay away. Eddy said his wife called him and told him that their son was having a severe fever and needed medical attention. Eddy said his wife made it seem like their son had to go to the hospital immediately. Eddy drove to the residence and Claudia came downstairs to open the door and walk him upstairs. Eddy said he went directly to his son and was about to take him to the hospital when Claudia prevented it.

Claudia told Eddy that the Doctor said to give their son some Tylenol and see if it helps with the fever. Eddy gave his son some Tylenol and waited. While he was waiting he was talking to Claudia about their situation and the pending child custody case.

Claudia and Eddy began having consensual sex after they noticed that their son's fever had diminished. Half way through the sex, Claudia stopped and started videotaping Eddy and said he was not supposed to be there. Eddy said he put his clothes on and then left.

After he left, Claudia called him and attempted to blackmail him by saying that she would file a false police report if he did not give up all of the documentation that he has acquired against her and their pending child custody case.

REYES_00000041

**CONFIDENTIAL INFORMATION - CONTENTS SUBJECT TO PROTECTIVE ORDER**

Santa Ana PD 2016-09678: Crime-Suspect Report by #3412                    Page 3 of 3

Eddy said Claudia is going to file false police reports in order to get him in trouble with the law so he may lose his job.

End of statement.

I watched the video Claudia recorded and you can see Eddy at the residence at 2314 hours on 04-11-2016. The video is time stamped.

Based on the information provided to me at the scene, I determined Eddy Reyes was in violation of the domestic violence related court order, a violation of PC 273.6(a).
I request this report be forwarded to the Orange County DA for further review.

Officer Kenneth Gray #3412

REYES_00000042

# EXHIBIT "G"

**CONFIDENTIAL INFORMATION - CONTENTS SUBJECT TO PROTECTIVE ORDER**

| Type Report<br>☐ Narrative Continuation<br>☒ Supplemental Report | **Santa Ana<br>Police Department** | Case Number 16-09678<br><br>Page  1  of  1 |
|---|---|---|

Classification:  PC 273.6(a)         Date Occurred:  4-11-2016

Name of victim:  Reyes, Claudia        Date this report:  5-3-2016

Name of Suspect/Arrestee:  Reyes, Eddy

This case has been reviewed and no further action taken because:

☐ Victim refuses prosecution.

☐ Information report.

☐ All leads have been exhausted.  Case closed pending additional information.

☐ Unable to locate victim.

☐ Non-response by victim.

**CASE FILED:**

This case presented to DA on :  4-27-2016        Complaint issued :     Yes  ☐    No ☒

District Attorney's Name:  McMurrin, David

Felony ☐    Misdemeanor ☒        Juvenile petition filed:  Yes ☐    No ☐

**CASE REFUSED:**

☐ No corroborating evidence        ☐ Insufficient evidence

☐ Victim refused prosecution        ☒ Interest of justice

☐ Other:

**NARRATIVE**: On 4-27-2016, this case was submitted to the District Attorney's Office for a warrant. On 4-29-2016, DDA David McMurrin rejected this case in the interest of justice under DA Case Number 16C01323X.

ATTENTION RECORDS:  Case closed.

Narrative Continued ☐

☒ Case Closed      ☐ Case Unfounded      ☐ Inactive

☐ Exceptionally Cleared      ☐ Cleared by Arrest      ☐ Cleared by Juvenile Petition

R. Reed #3404                            #106   5-3-16
Investigator                                Supervisor     2818

EXHIBIT "H"



# SANTA ANA POLICE DEPARTMENT
DOMESTIC INCIDENT REPORT

## CI # 14-21913

### Page 1 of 1

| LOCATION OF INCIDENT | DATE OCCURRED | TIME OCCURRED | TIME REPORTED |
|---|---|---|---|
| CITY OF ORANGE  2015 N Bush | 8-26-14 | 0300 | 0346 |

| CODE P-1 | NAME   LAST, FIRST, MIDDLE | DOB | SEX | RACE | CDL OR ID CARD |
|---|---|---|---|---|---|
| | REYES, EDDY | 10-20-1985 | M | H | B3275624 |
| | HOME ADDRESS INCLUDE ZIP CODE | PHONE NUMBER | HEIGHT | WEIGHT | HAIR | EYES |
| | 2015 N. BUSH #107, SANTA ANA, CA 92701 | 714-420-8514 | 506 | 180 | BLK | BRO |

| CODE P-2 | NAME   LAST, FIRST, MIDDLE | DOB | SEX | RACE | CDL OR ID CARD |
|---|---|---|---|---|---|
| | SANCHEZ-REYES, CLAUDIA | 7-12-1994 | F | H | NONE |
| | HOME ADDRESS INCLUDE ZIP CODE | PHONE NUMBER | HEIGHT | WEIGHT | HAIR | EYES |
| | 2015 N. BUSH #107, SANTA ANA, CA 92701 | 714-420-8514 | 506 | 140 | BLK | BRO |

### RELATIONSHIP AND HISTORY OF INVOLVED PARTIES (MARK ALL THAT APPLY)

☒ Married
☐ Divorced
☒ Cohabitants
☐ Former Co-Habitants
☐ Dating
☐ Former Dating

Prior History of Domestic Violence   Yes ☒   No ☐
Number of Prior Incidents:  1
Documented   Yes ☒   No ☐
Restraining Orders   Yes ☐   No ☐
Case # _____
Weapon present during incident:   Yes ☐   No ☐
Weapon Confiscated:   Yes ☐   No ☐

Duration of Relationship:   Years  4     Months _____

### CHILDREN FROM RELATIONSHIP

| Name | DOB | Name | DOB |
|---|---|---|---|
| ████████ ████ | | | |
| | | | |
| | | | |

Children Present   Yes ☒   No ☐

| CONDITION OF PARTY 1 | CONDITION OF PARTY 2 |
|---|---|
| ☐ Angry   ☐ Crying   ☐ Pregnant   ☐ Other: _____ | ☐ Angry   ☒ Crying   ☐ Pregnant   ☐ Other: _____ |
| ☐ Fearful   ☐ Hysterical   ☒ Calm   ☐ Irrational | ☐ Fearful   ☐ Hysterical   ☐ Calm -   ☐ Irrational |
| ☐ Apologetic   ☐ Drinking/Drugs   ☐ Left Prior to Police Arrival | ☐ Apologetic   ☐ Drinking/Drugs   ☐ Left Prior to Police Arrival |

| PARTY 1 GIVEN DV PAMPHLET YES ☐   NO ☒ | PARTY 2 GIVEN DV PAMPHLET YES ☒   NO ☐ |
|---|---|

### NARRATIVE

P-1 AND P-2 ENGAGED IN A VERBAL ARGUMENT OVER ONGOING MARITAL ISSUES.  NO PHYSICAL
ALTERCATION OCCURRED.  P-2 STATED THAT THEY ARE HEADED TOWARD DIVORCE AND WANTS TO
LEAVE P-1.  P-1 STATED THAT HE IS CURRENTLY IN THE PROCESS OF FILING FOR DIVORCE.

☐ Narrative Continued

| REPORTING OFFICER | ID# | DATE | TIME | DISTRICT | WATCH | REVIEWED BY | DATE / TIME |
|---|---|---|---|---|---|---|---|
| HAMLIN | 3025 | 8-26-2014 | 0500 | NE | 3 | _2701_ | 8-27-14/0555 |

REYES_00000022

Santa Ana PD - Police Field Activity

Page 1 of 2



# Police Field Activity

Incident # P140810499
Case # **2014-21913**

**Incident: P140810499   (CLOSED)**

Created:     08/26/14 03:46:45 Tuesday by PHN4 RARODRIGUE
Dispatched: 08/26/14 03:47:56 unit 336 by DSP5 GJILEK
Enroute:     08/26/14 03:48:03 unit 336
On Scene:   08/26/14 03:54:55 unit 335
Closed:      08/26/14 05:30:45 (Field resources 3.41 hours)

Final call type: **DV** (2) DOMESTIC VIOLENCE
Init. call type: **DV** (2) DOMESTIC VIOLENCE
Primary unit:   336
Case Number: **2014-21913** (DVR)
Disposition:    CR:1 AS:1

Grid: **163**  Disp. group: NE  Source: TELEPHONE   Sub Type:
Location: **2015 N BUSH ST**
RP Name:
RP Address: 2015 N BUSH
RP Phone: (714) 420-6357

| Date/Time | Operator | Type | Comment |
|---|---|---|---|
| 08/26/14 03:46:15 PHN4 2781 | | 5 | Successful single range match of 2015 N BUSH ST was returned for: 2015 N BUSH. |
| 08/26/14 03:46:15 PHN4 2781 | | 19 | No Prior Knowledge Records Found For 2015 N BUSH ST |
| 08/26/14 03:46:15 PHN4 2781 | | 20 | 5 Recent Events found For 2015 N BUSH ST |
| 08/26/14 03:46:16 PHN4 2781 | | 24 | 2015 N BUSH ST: cross streets : E 20TH ST |
| 08/26/14 03:46:16 PHN4 2781 | | 11 | S.O.P. for Event Type |
| 08/26/14 03:46:39 DSP6 2989 | | 4 | WIFE CLAUDIA IS ON T21 ADV'ING SHE WAS 242'D BY HER HUSBAND |
| 08/26/14 03:46:44 PHN4 2781 | | 4 | CP VS WIFE, 415 IN BACKGROUND, THREATENING CP W/ A PERFUME BOTTLE |
| 08/26/14 03:46:44 PHN4 2781 | | 15 | Caller Information- Phone: (714) 420-6357; Address: 2015 N BUSH. |
| 08/26/14 03:47:10 DSP6 2989 | | 4 | CALLING FROM #107, CP IS VERY HARD TO UNDERSTAND, SAYS HUSBAND BROKE HER PHONE |
| 08/26/14 03:47:16 PHN4 2781 | | 4 | SUBJ/ CLAUDIA REYES, HISP, 20 YRS, WHT SHIRT, PINK SHORTS |
| 08/26/14 03:47:35 PHN4 2781 | | 4 | HOLDING THE PERFUME BOTTLED |
| 08/26/14 03:47:38 DSP6 2989 | | 4 | BOTH INSIDE APT |
| 08/26/14 03:47:56 DSP5 2750 | | 3 | 336: DSPTCH & primary unit (HAMLIN, JOSEPH) |
| 08/26/14 03:47:56 DSP5 2750 | | 3 | 335: DSPTCH (GRIPENTROG, JOSHUA) |
| 08/26/14 03:48:00 PHN4 2781 | | 4 | UNK ON 390/ NARCS, HAS THREATENED 914A IN PAST, BIPOLAR |

REYES_00000023

**CONFIDENTIAL INFORMATION - CONTENTS SUBJECT TO PROTECTIVE ORDER**

Santa Ana PD - Police Field Activity

Page 2 of 2

| | | | |
|---|---|---|---|
| 08/26/14 03:48:03 DSP6 2989 | 4 | CP IS SP/ SP | |
| 08/26/14 03:48:03 336 | 3 | 336: ENROUTE | |
| 08/26/14 03:48:04 335 | 3 | 335: ENROUTE | |
| 08/26/14 03:54:55 335 | 3 | 335: ATSCNE | |
| 08/26/14 03:55:32 336 | 3 | 336: ATSCNE | |
| 08/26/14 05:20:03 336 | 55 | 336: No PRIOR KNOWLEDGE RECORDS FOUND STA | |
| 08/26/14 05:20:03 336 | 3 | 336: ENROUTE: To Location STA [1925 | |
| 08/26/14 05:20:10 335 | 55 | 335: No PRIOR KNOWLEDGE RECORDS FOUND PD | |
| 08/26/14 05:20:10 335 | 3 | 335: ENROUTE: To Location PD [1925 | |
| 08/26/14 05:29:55 336 | 3 | 336: ATSCNE | |
| 08/26/14 05:29:56 335 | 3 | 335: AVAIL | |
| 08/26/14 05:29:56 335 | 28 | 335: Dispo Set to: AS for P140810499 | |
| 08/26/14 05:30:12 336 | 8 | Employee: 3025 in unit 336 assigned case number : CI#140021913 | |
| 08/26/14 05:30:12 336 | 22 | 336:CI Classification: DVR | |
| 08/26/14 05:30:45 336 | 22 | 336: Disposition CR assigned to CI#140021913 | |
| 08/26/14 05:30:45 336 | 3 | 336: AVAIL | |
| 08/26/14 05:30:45 336 | 15 | Incident Closed. | |
| 08/26/14 05:30:45 336 | 28 | 336: Dispo Set to: CR for P140810499 | |

| Unit | Personnel | Assigned | Cleared | Time |
|---|---|---|---|---|
| 335 | #3014 GRIPENTROG | 08/26/14 03:47:56 | 08/26/14 05:29:56 | 102 min. |
| 336 | #3025 HAMLIN | 08/26/14 03:47:56 | 08/26/14 05:30:45 | 103 min. |
| | | | Total manpower for all assigned personnel: | 3.41 hours |

REYES_00000024

EXHIBIT "I"

**Date of transcription:** March 14, 2022
**Case Number:** 8:21-CR-00075-JLS
EDDY REYES
Transcribed by C Arriola
20140810-141030

**Transcription Sheet**

| Case Number: | CR 8:21-CR-00075-JLS |
|---|---|
| Date: | March 14, 2022 |
| Duration: | 24:09 |
| Participants: | Claudia |
| | Eddy |
| | Eliseo |

The TTE is not an expert in voice recognition (separate area of expertise requiring specialized training and equipment). Speaker labels represent the TTE's best effort to differentiate voices.
The transcription attached reflects only what the TTE can hear on the source language recording.
This is not a verbatim transcription of the source recording.

| UV | Voz inidentificable | Unidentifiable voice |
|---|---|---|
| MV | Voz masculina | Male voice |
| FV | Voz femenina | Female voice |
| I/I UI | Dicción ininteligible | Unintelligible diction |
| PH | Fonético | Phonetic |
| [ ] | -Anotaciones del experto en transcripción/traducción [ETT]. -Se usan los corchetes para separar los comentarios del ETT de las palabras que se utilizaron en el mensaje original. -Se proporcionan datos relacionados con el contexto, significado y factores culturales. | -Transcription/Translation Expert [TTE]. -Brackets are used to separate the transcriber's remarks from the original source words spoken. -Provide information regarding context, meaning, and cultural factors. |
| *Italics* *Cursiva* | Declaración articulada en inglés en la versión original. | Utterance originally in English. |

| Negation | Uh-uh |
|---|---|
| Skepticism | Uh |
| Affirmative | Uh-huh |
| | Mhm |
| Thinking | Hmm |
| Requests for repetition | Huh? |

**Subject to protective order.**

**Date of transcription:** March 14, 2022
**Case Number:** 8:21-CR-00075-JLS
EDDY REYES
Transcribed by C Arriola
20140810-141030

**Claudia:** Do it for our son, please.

**Eddy:** I must make a record of this. It is 2:08 on August 10. I am leaving the house with my uniform, my things, and my wife does not let me leave. I want to make a record that she has me locked inside the house.

**Claudia:** Why are you this mean? I am not touching you.

**Eddy:** I am not mean. I am making this video because you said that I rape you. You are making serious accusations that I rape you… that I hit you, that this and that.

**Claudia:** And that's why you are fleeing?

**Eddy:** I am not fleeing. You have lied. You have told many lies about me.

**Claudia:** You have also told lies about me. You have told many lies about me that you know fully well that are untrue.  Everything used to be so good. My life was good. Why. I have not been mean to you.

**Eddy:** You are crying just because I am recording. Otherwise, you would be yelling, screaming. You would have locked me inside the room. The way you always do. You don't let me leave the house.

**Claudia:** You want to leave, go ahead. You should not have brought me over here.

**Eddy:** You have me like a prisoner here. I am going to file for divorce. This is not good. This is not good. Believe me, I will fight to keep the custody of my son. I hope the court can see who you are. I hope the Court can see who you truly are beyond those tears.

**Claudia:** You are mean. You are lying.

**Eddy:** I am not gonna lie, Claudia. I have evidence. I don't need to lie. I will never lie to the police. The DOJ makes justice.

**Claudia:** Don't take my son. I want him to be with me. I have never done any harm to you. I am not an evil woman.

**Eddy**: That's a lie. You are making a scene. [Claudia coughing]. You are lying. You always do the same. You are pretending, Claudia. I am looking for my uniform, but I can't find it. I can't find my uniform stuff. She probably has 'em but does not want to tell me where they are.

**Claudia**: Eddy, I have not kept anything. You know I don't.

**Eddy**: Sure, don't worry. I'm gonna find them, I will. I said I was going to look for them. I am not lying, Claudia. I am looking for them.

**Subject to protective order.**

Date of transcription: March 14, 2022
Case Number: 8:21-CR-00075-JLS
EDDY REYES
Transcribed by C Arriola
 20140810-141030

**Claudia**: You are lying, Eddy. I don't have anything. You stole my papers.

**Eddy**: That's not true. I did not. I did not steal anything from you. Well, first you are begging me to stay and now you are are accusing me of stealing. Another serious crime you are accusing me of while she fully knows well, she misplaced them. She misplaced her papers and now is saying that I stole them, that I have them, false accusations from this woman. I am not a psychologist; I can't recommend and evaluation. I am not qualified to speak about that.

**Claudia**: Look at all the pain that my heart has endured, Eddy. You are evil, Eddy. See how I am suffering.

**Eddy**: I am not evil, Claudia.

**Claudia**: Look at how I am suffering.

**Eddy**: I told you. I am not mean. I am done of being the victim of false accusations. Saying that I did things when I did not.

**Claudia**: I have not done that.

**Eddy**: Haven't you accused me of raping you? Haven't you accused me of beating you up?

**Claudia**: You have accused me of mean things.

**Eddy**: You are not able to admit it on camera.

**Claudia**: Why, Eddy? Why are you like this? Let me go back home.

**Eddy:** I am not holding you back.

**Claudia**: I have no means to go back. I don't have money.

**Eddy**: I don't either. I hardly have money to pay the rent. I hardly have money to pay the rent.

**Claudia**: I don't have a pot to piss in because I had to buy the dining set.

**Eddy**: You did it because you felt like it. I didn't make you do it. You did it because you felt like it. I didn't make you do it and that's that.

**Claudia**: Don't leave this here…

**Eddy**: Yes, I am looking for a bag to put them in. I am not messy. I have to do something. I have to get out of here as soon as possible.

**Claudia**: Please, don't. Why are you are you abandoning me?

**Eddy**: I am not. Let me make a call. My brother is coming upstairs, and this will turn into a bigger problem. I am done with being accused of stuff. I have to get out of here as soon as possible because you say that I

**Subject to protective order.**

Date of transcription: March 14, 2022
Case Number: 8:21-CR-00075-JLS
EDDY REYES
Transcribed by C Arriola
 20140810-141030

commit crimes, that I do things to our son, that I have hit you, this and that… That's not good.

**Claudia**: Don't leave me, please.

**Eddy**: I am not telling you to do that. I have never told you to do that. [Claudia crying in the background (unintelligible)]. I have gone through such horrible things that…in addition to what I have gone through.

**Eddy:** I want to make a record that she is packing up my son's things and hers. It is 2:15 p.m.  Today is a Sunday, August 10. It is 2:15. She just said, and it is memorialized on the phone that she is leaving with my son. She does not have a penny in her purse. She's taking my son out to be on the street. He could be run over by a car, endure cold. I have not kicked her out of here. I have never used that term. Yet, she is leaving.

**Claudia:** Please [unintelligible].

**Eddy:** No, no, no. Stay away from me. Stay away from me, Claudia. I need help, Claudia. I need the support of the Police.  I can't live in a home where there are false allegations. I am mistreated.

**Claudia:** You are killing me inside, Eddy.

**Eddy:** That's a lie, Claudia. You are lying because I am recording. I am looking for my pants so that I can leave.

**Claudia:** Why, Eddy. Do it for him, please.

**Eddy:** My shoes.

**Claudia:** It's not his fault at all.

**Eliseo:** Mamammm-mmrmmr. Hello, daddy.

**Eddy:** Hello, sonny boy. Hello, papa.

[Claudia crying]

**Eddy:** I need a divorce, Claudia, please. I can't take more allegations. I didn't think you would be like this. I didn't think you would be calling the police on me, listen to me, accusing me with the Police, threatening me with calling the police every day. Every day —I am gonna call the police on you.

**Claudia:** I have not called anyone. For the love of God!

**Eddy:** You don't want me to have… Listen carefully… You don't want me…  if you really wanted this marriage to work, you wouldn't be calling the Police over any little thing. I am concerned about my future. I want a good job to take care of us, me, my son, and you. But you have

Date of transcription: March 14, 2022
Case Number: 8:21-CR-00075-JLS
EDDY REYES
Transcribed by C Arriola
20140810-141030

not wanted that.

**Claudia:** I have not called the Police. If I had wanted to [unintelligible], I would have done it.

**Eddy:** You have done it. You made a false allegation that I had a weapon. I did not. You said I had abandoned you both, I did not.

**Claudia:** I have not called anyone to cause you harm.

**Eddy:** You have never called the Police?? Listen, you said that I had a weapon.

**Claudia:** You did have one.

**Eddy**: No, no. That's not true. I have never had one. I don't know what you are talking about.

**Claudia**: I don't know what you did with it. I know you brought it.

**Eddy**: Keep making false allegations. You keep making false allegations. Thank you.

**Claudia**: You know I am not lying.

**Eddy**: I am looking for my pants. If you know where they are, let me know where they are. I need to get them in order to leave. I am gonna look for them here. Excuse me. I am retrieving my clothes from this basket. I am not harming anyone. A basket with clothes.

[Claudia crying in the background.]

Eddy in English [minute 11] *I am looking for my pants. She is in the living room. I am over here…*

[Claudia crying in the background.]

**Claudia:** Eddy, don't leave, please.

**Eddy:** She approached me just now. I am not touching her. I am not doing anything to her. I am here getting my clothes together and she is the one coming in my direction. Let's memorialize that I am looking for my clothes and she is coming to this area.

**Claudia:** I have not done anything to you [Claudia crying].

**Eliseo:** Hey, mama.

**Claudia:** Why you always have to leave [crying]?

**Eddy:** You are always arguing with me. Because you are always arguing. You will never change.

**Claudia:** You have hit us. You abandoned us.

**Eddy**: I have not hit you both. I have not abandoned you. I am looking

Date of transcription: March 14, 2022
Case Number: 8:21-CR-00075-JLS
EDDY REYES
Transcribed by C Arriola
20140810-141030

for help.

**Claudia**: We need a solution.

**Eddy**: No, no. I am looking for help.

**Claudia**: I have always been supportive of you.

**Eddy**: That's not true.

**Claudia**: If I had not been supportive of you, I wouldn't have [unintelligible].

**Eddy**: That's not true. You just told me you don't believe me when I say that I go to the Gym. You don't believe me. You question my whereabout, whom I am with. Whether I am cheating on you. This and that. You tell many lies.

[Eliseo screaming]

**Claudia:** Come over here, sweetheart.

**Eddy:** *She's got my son on the floor* [Eddy in English 14:16]. *That's the kind of thing that she does… She doesn't like to clean. She despises my son. He wants to be carried. She doesn't want to carry him […]*

**Claudia:** You are mean, Eddy. Here, sweetheart. Come with me. Come with me.

**Eddy:** *I got a couple of shirts here so that I can leave […] this is what she has in the closet. All disgusting. She doesn't like to clean. She doesn't like to do anything. You know, it's just sad that […] The reason I am documenting everything is because she makes false allegations that I hit her, that I abuse her, that I rape her, which is not true. It's all false… I am trying to get out of here as soon as possible. It is 2:24.*

**Claudia:** You have a shitty mess going on there, Eddy. Look how you have me all…

**Eddy:** *Now she is insulting me again, she is telling things, and I am trying to keep a distance from her. I am simply looking for my work pants because I am trying to go to my mom's house and just stay there until things cool over, look for an attorney to represent me in this divorce and custody battle […]. I am getting my stuff here, my contact lenses, my cologne. I have all the receipts…these receipts prove that I purchase everything, I pay the bills. She says I don't pay the rent; they don't eat food. I actually have proof that I do […]. I am getting the*

**Subject to protective order.**

Date of transcription: March 14, 2022
Case Number: 8:21-CR-00075-JLS
EDDY REYES
Transcribed by C Arriola
 20140810-141030

*receipts out of the cabinet that prove that I pay for everything here in the household [...]. There she is again trying to get from behind me.*

**Claudia:** That belongs to me.

**Eddy:** *She is accusing me of taking something that belongs to her.*

**Claudia:** Give me my bracelet.

**Eddy:** I have not taken anything. I don't have anything that belongs to you. Claudia, I need a divorce. *There she is again right there.*

**Eliseo:** papa- papappap

**Claudia:** [unintelligible]

**Eddy:** Then go ahead and say it to the camera. Is it true that I have raped you, Claudia?

**Claudia:** We have argued.

**Eddy:** No, no, no. Is it true that I have raped you, Claudia?

**Claudia:** No.

**Eddy:** Is it true that I have hit you?

**Claudia:** We both have.

**Eddy:** That's not true. Is it true that I have hit you?

**Claudia:** Please, Eddy, don't leave. I love you.

**Eddy:** Claudia, have I hit you?  Did I hit you, yes or no.

**Claudia:** No, but please don't leave.

**Eddy:** Have I hit you?

**Claudia:** This time I will say that you have not.

**Eddy:** Because that's a fact. I have not hit you.

**Claudia**: Please forgive me.

**Eddy**: Don't touch me, Claudia. Please, don't touch me.

**Claudia:** I love you. Forgive me. I love you.

**Eddy:** You are not hitting our son ever again?

**Claudia:** I can kiss your feet if you want to.

**Eddy:** You don't have to do that. That's bad. Leave it alone, please, Claudia.

**Claudia:** Forgive me. Don't abandon me. I will die. Don't leave, please. I won't survive without you. I don't want my son to suffer.

**Date of transcription:** March 14, 2022
**Case Number:** 8:21-CR-00075-JLS
EDDY REYES
Transcribed by C Arriola
20140810-141030

### _DECLARATION OF INTERPRETER

I, Carina Arriola, state that I am competent to translate from English to Spanish
and from Spanish to English, am an Official Spanish Court Interpreter certified by
the Administrative Office of the United States Courts and the Judicial Council of
California. I do hereby declare that the attached eight-page document identified as
20140810-141030 is a true and correct summary in English of a twenty-four minute
and nine-second-recording provided to me. The summary is accurate to the best of my
knowledge and ability.

### DESCRIPTION OF DOCUMENT(S) OR MATERIAL(S)

 Video **20140810-141030**

Executed this 14th day of March of 2022, in Los Angeles County, California.

UNITED STATES OF AMERICA
 v.
EDDY REYES

CASE N.º 8:21-CR-00075-JLS

Requested By:
Andrea Jacobs, Esq.
Deputy Federal Public Defender
Office of the Federal Public Defender
411 W. 4th Street.
Santa Ana, California 92701







**Carina Arriola**
**Spanish Interpreter**
**Office of the Federal Public Defender**
**Central District of California**
321 E 2nd Street | Los Angeles, CA 90012 | fpdcdca.org
**O: 213.894.4783**

Subject to protective order.