# LIST OF EXHIBITS AND WITNESSES

| Case Number | 8:21-cr-00075 JLS | Title | USA v. EDDY REYES |
|---|---|---|---|
| Judge | Douglas F. McCormick | | |
| Dates of Trial or Hearing | March 15, 2022 | | |
| Court Reporters or Tape No. | CS 03/15/2022 | | |
| Deputy Clerks | Nancy Boehme | | |

FILED
Mar 15, 2022
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___Nancy Boehme___
Deputy Clerk, U.S. District Court

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Greg Staples / Daniel Ahn | Andrea Jacobs / Lilian Chu |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | Lindsay Eberhard-Cook | Defendant |